UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:07-CR-00117-7-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| | ) | |
| ARTHUR J. ANDERSON JR., | ) | |
| Defendant | ) | |

This matter is before the court on Gail Russell's 19 August 2010 "Objection of Collection by Financial Litigation Unit."

Russell received a subpoena directing her to appear in April 2010 for a deposition regarding money defendant gave her. She appeared, and apparently the government contends defendant's giving of those funds to Russell constitutes a fraudulent conveyance, as the government attempted to negotiate with Russell regarding payment of those funds to the government.[1] She requests that the court "order the Financial Litigation Unit to stop pursuing me for the money that [defendant] gave me."

There is nothing pending before this court which it can "stop." Russell appears to have complied with the subpoena. The government is now attempting informal collection efforts directed towards her. Until formal recovery is sought (through the filing of suit or some other proceeding), the court has no basis to act. Thus, to the extent Russell's filing could be deemed a

---

[1] In October 2008, defendant was ordered to make restitution in the amount of $2,000,000.

motion, it is DENIED.

This 24 August 2010.

_____
W. Earl Britt
Senior U.S. District Judge